FILED 05 AUG '26 14:33 USDC-ORE

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>V.<br>JEFFREY ALLEN BRAGG,<br>DEFENDANT. | CASE NO. 6:25-cr-00492-MC<br>**CONSENT TO RULE 11 PLEA IN FELONY CASE BEFORE U.S. MAGISTRATE JUDGE** |

I have been advised by my attorney and the U.S. Magistrate Judge of my right to enter my plea in this case before a U.S. District Judge. I hereby declare my intention to enter a plea of guilty in the above case and I request and consent to the acceptance of my plea by a U.S. Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that my plea will be reviewed by a District Court Judge. I also understand that a presentence report will be ordered and reviewed by the U.S. District Judge who will impose sentence.

Date 8/5/2026

Signed by:
Jeffrey Allen Bragg
DC189A79F53B4DA...
Defendant

Scott E. Bradford
United States Attorney

Assistant United States Attorney

DocuSigned by:
John J. Kolego
B2F2F1B75BF7484...
Attorney for Defendant