John J. Kolego, OSB No. 850570
E-mail: Johnkolego@gmail.com
Attorney at Law
834 Pearl Street, Suite 101
Eugene, Oregon 97401
Tel: #(541) 484-1066
Fax: #(541) 344-4151

Attorney for Jeffrey Allen Bragg

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY ALLEN BRAGG,

Defendant.

Case No. 6:25-cr-00492-MC

**DEFENDANT'S SENTENCING MEMORANDUM**

The Defendant, Jeffrey Allen Bragg, submits this Sentencing Memorandum for the Court's consideration at his sentencing, presently set for December 1, 2026 at 10:30 a.m.

## INTRODUCTION

Mr. Bragg appeared before this Court on August 5, 2026 and pled guilty to Count 1 of a two-count Indictment which charged that on or about March 26, 2025, Mr. Bragg

committed theft of firearms in interstate commerce in violation of the provisions of Title 18 United States Code, § 924(l).

Mr. Bragg has read the final Presentence Report and he has no objections to the Presentence Report.

## BACKGROUND

Mr. Bragg was born in Eugene, Oregon on April 28, 1970. Mr. Bragg grew up mostly in Oregon and has one brother. Mr. Bragg's parents divorced when he was 18 years old. Thereafter, Mr. Bragg lived with his father and has had no contact with his mother since 2011.

Mr. Bragg has been married twice and his last marriage ended in divorce on June 1, 2026. Mr. Bragg has two children from his first marriage, Brandon Bragg, age 34, and Cody Bragg, age 32.

Mr. Bragg has no history of substance abuse and drinks alcohol occasionally.

Mr. Bragg started working for UPS from March 4, 1990 until April 21, 2025 and was a delivery driver for 33 years. Between 2020 and April 2025, Mr. Bragg stole six firearms by switching shipping labels, having the firearms placed in his delivery truck, and subsequently misappropriating them.

Mr. Bragg lost his employment of 35 years because of his conduct and his marriage disintegrated, resulting in divorce in June of 2026.

Mr. Bragg has worked full-time all his adult life and raised two children. Mr. Bragg has led an otherwise exemplary life. He has been involved in his church and has coached youth sports.


JOHN J. KOLEGO
ATTORNEY AT LAW
834 PEARL STREET, SUITE 101, EUGENE, OREGON 97401
OFFICE: #541.484.1066 ~ FAX: #541.344.4151
JOHNKOLEGO@GMAIL.COM

Mr. Bragg struggles to understand how he could have allowed himself to commit the crimes that have brought him before the Court. He has reached out for psychological help after his arrest in order to gain insight as to why he engaged in criminal behavior and to obtain the tools to avoid criminal conduct in the future. Mr. Bragg has been diagnosed with PTSD, ADHD, severe anxiety, depression and disassociation, and has been prescribed Prozac and Adderall.

## CONCLUSION

Mr. Bragg is a 56 year old man with no prior criminal history, drug abuse or other antisocial behavior. He has taken prompt responsibility for his actions and will immediately pay restitution for the loss his actions have caused. Mr. Bragg is asking for a variance from the guidelines sentencing range based upon his extraordinary attempts at rehabilitation since his arrest. He has lost his employment and marriage but is committed to making amends for his actions.

We respectfully request that the Court impose three (3) years of probation and a significant amount of community service. Considering the circumstances of the offense, Mr. Bragg's personal characteristics, and the factors enumerated in 18 U.S.C. 3553(a), a sentence of three (3) years of probation is sufficient and not greater than necessary to hold Mr. Bragg responsible for his actions and to deter similar misconduct.

DATED: November 12, 2026.

*<u>/s/ John J. Kolego</u>*
John J. Kolego, OSB #850570
Attorney for Mr. Jeffrey A. Bragg


**JOHN J. KOLEGO**
**ATTORNEY AT LAW**
**834 PEARL STREET, SUITE 101, EUGENE, OREGON 97401**
**OFFICE: #541.484.1066 ~ FAX: #541.344.4151**
**JOHNKOLEGO@GMAIL.COM**

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing DEFENDANT'S SENTENCING MEMORANDUM on the following named individual(s) on the 10th day of November, 2026:

Joseph Huynh
Assistant U.S. Attorney
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Tel: #(541) 465-6771
Joseph.Huynh@usdoj.gov
Attorney for United States of America

By filing the document through the U.S. District Court of Oregon's CM/ECF website in accordance with FRCP 5(b)(2)(D).

DATED: this 10th day of November, 2026.

*/s/ John J. Kolego*
John J. Kolego, OSB #850570
834 Pearl Street, Suite 101
Eugene, OR 97401
Tel: #(541) 484-1066
Fax: #(541) 344-4151
Johnkolego@gmail.com
Attorney for Mr. Jeffrey A. Bragg